AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

F I L E D

**Under Seal**

SEP 1 0 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TYLER THANG LE | ) | Case No. 1:19-CR-57 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TYLER THANG LE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances., Schedules I, II and IV Controlled Substances, in violation of Title 21, United States Code, Section 846

Date: _August 29, 2019_

_____
Issuing officer's signature

City and state:   Alexandria, Virginia

_Paulina A. Miller, Deputy Clerk_
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 8·29·19 , and the person was arrested on *(date)* 9·10·19 at *(city and state)* Springfield, VA |
| Date: 9·10·19                                                                _____ Arresting officer's signature |
| BRIDGIT DePIERO, Special Agent Printed name and title |