UNDER SEAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

UNITED STATES

vs.

Tyler Thang Le

DEFENDANT(S)

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 19cr57
HEARING: RS
DATE: 9/10/19
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Lauren Snook
COUNSEL FOR DEFENDANT: W/O
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT                    ( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT TO APPOINT COUNSEL             ( ) COURT FINDS DEFT. IN VIOLATION
(X) DEFT. TO RETAIN COUNSEL              ( ) DEFT CONTINUED ON PROBATION
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION
(X) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS    ( ) DEFT CONTINUED ON BOND
(X) DEFT. (X) REMANDED

**CONDITIONS OF RELEASE:**
($        ) UNSECURED ($        ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

_____
_____
_____
_____
_____

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:** 9/12/19 AT 11:00 AM
(X) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) RS
( ) ARRAIGN ( ) IDENTITY ( ) OTHER JUDGE _____

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS